1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Jesse Romero

7

8                  **UNITED STATES DISTRICT COURT**
                   **EASTERN DISTRICT OF CALIFORNIA**
9                         **FRESNO DIVISION**

10

11

12 | JESSE ROMERO,                           ) Case No.: 1:10-cv-01292 GSA
   |                                         )
13 |         Plaintiff,                      ) **ORDER OF DISMISSAL**
   |                                         )
14 |    vs.                                  )
   |                                         )
15 | MICHAEL J. ASTRUE,                      )
   | Commissioner of Social Security,        )
16 |                                         )
   |         Defendant.                      )
17 |_____)

18
        Pursuant to the Stipulation of Dismissal filed this date (Doc. 13), the above
19
   captioned matter is dismissed with prejudice, each party to bear its own fees, costs,
20
   and expenses.
21

22

23

24

25 IT IS SO ORDERED.

26     Dated:  **January 18, 2011**            **/s/ Gary S. Austin**

-1-

1          UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26